## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CARL LEE BUCHANAN,                                                                          PLAINTIFF
ADC #120661

v.                                      4:12-cv-00643-JMM-JTK

VESTA MULLINS, et al.                                                                      DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS THEREFORE ORDERED that;

1. Plaintiff's Amended Complaint against Defendants is DISMISSED, for failure to state a claim upon which relief may be granted.

2. This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an in forma pauperis appeal from this Order and the accompanying Judgment dismissing this action will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 11th day of December, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE