# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CARL LEE BUCHANAN,                                                    PLAINTIFF
ADC #120661

v.                                          4:12-cv-00643-JMM-JTK

VESTA MULLINS, et al.                                                DEFENDANTS

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.  The relief sought is denied.

The Court certifies that an <u>in</u> <u>forma</u> <u>pauperis</u> appeal from this Judgment will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 11th day of December, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE